UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.                                Case No: 6:22-cv-546-RDB-DCI

JOHN DOE SUBSCRIBER
ASSIGNED IP ADDRESS
71.47.129.206

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 12) filed June 6, 2022. No answer has been filed. Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** with prejudice. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 6, 2022.



ROY B. DALTON JR.
United States District Judge

Copies:     Counsel of Record